IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

QUIANNA COCKRELL o/b/o :
N.S.C., a minor, :
: Case No. 2:18-CV-568
      Plaintiff, :
: JUDGE ALGENON L. MARBLEY
   v. :
: Magistrate Judge Chelsey M. Vascura
COMMISSIONER OF SOCIAL :
SECURITY, :
:
      Defendant. :

## ORDER

This matter comes before the Court on the Magistrate Judge's March 14, 2019, **Report and Recommendation** (ECF No. 18), which recommended that the Commissioner's decision be **REVERSED** and that benefits be immediately awarded to Plaintiff.

The Report and Recommendation specifically advised the parties that the failure to object results in a waiver of the right to have the district judge review the Report and Recommendation *de novo*, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation. (ECF No. 18 at 14). The parties have failed to file any objections, and the deadline for objections (March 28, 2019) has lapsed.

Therefore this Court hereby **ADOPTS** the Report and Recommendation based on the independent consideration of the analysis therein, **SUSTAINS** Plaintiff's contention of error, and enters judgment for Plaintiff. This case is hereby **CLOSED**.

    **IT IS SO ORDERED.**

                                       **s/ Algenon L. Marbley**
                                       **ALGENON L. MARBLEY**
                                       **UNITED STATES DISTRICT JUDGEDATED:**

**April 15, 2019**